United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIC PETRECE STANLEY, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. MALONDONDO,<br><br>　　　　Defendant. | Case No. 23-cv-00292-JD<br><br>**ORDER RE DISMISSAL**<br><br>Re: Dkt. Nos. 29, 31 |

The parties reached a global settlement that includes this case and request that this case be dismissed. Dkt. Nos. 29, 31. This action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41. The Clerk is requested to close the case and terminate Dkt. Nos. 29, 31.

**IT IS SO ORDERED.**

Dated: January 3, 2025

JAMES DONATO
United States District Judge